**United States District Court**
**Violation Notice**

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GS15 | 9056326 | MORALES M | 428 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/26/2019
Offense Charged: 41 CFR 102.74.390
Place of Offense: 430 Mall Blvd, Savannah, Ga
Offense Description/Factual Basis for Charge: Cursing and loud yelling in lobby of SSA

**DEFENDANT INFORMATION**

Last Name: NGUYEN
First Name: KIM
M.I.: N
Street Address: 514 Pennsylvania Ave #2622
City: Savannah
State: GA
Zip Code: 31404
Date of Birth: 05/30/1966
Drivers License No.: 055448865
D.L. State: GA
Social Security No: 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
Adult ☒  Sex: Female
Hair: Blk  Eyes: Bro  Height: 500  Weight: 107

**VEHICLE**

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: 125 Bull St. Savannah, GA 31401

X Defendant Signature: Kim N. Nguyen

Original - CVB Copy

*9056326*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 26, 2019 while exercising my duties as a law enforcement officer in the Southern District of Georgia

Nguyen was cursing and yelling in the lobby of Savannah SSA. Stated "Go back to Africa black people". She was detained by PSO and escorted outside. Savannah PD transported to residence. Nguyen is known to have mental illness. This is 3rd time of disruptive behavior.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/26/2019
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident